UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | Magistrate Docket No. '21 MJ03383 |
| Plaintiff, | |
| v. | COMPLAINT FOR VIOLATION OF: |
| | Title 18 U.S.C., Sec. 111(a)(1) – Assault on a Federal Officer (Felony) |
| Luis Genaro BRAVO-Gomez, | |
| Defendant. | |

The undersigned complainant being, duly sworn, states:

On or about August 14, 2021, within the Southern District of California, defendant Luis Genaro BRAVO-Gomez, did intentionally and forcibly assault a person designated in Title 18 United States Code, Section 1114, to wit a Department of Homeland Security, United States Customs and Border Protection, United States Border Patrol Agent, while the Officer was engaged in the performance of his official duties, such acts involving physical contact with the Officer; in violation of Title 18, United States Code, Section 111(a)(1) a felony.

And the complainant further states that this complaint is based on the attached probable cause statement, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
Wesley Cornue
Border Patrol Agent

SWORN AND ATTESTED TO UNDER OATH BY TELEPHONE, IN ACCORDANCE WITH FEDERAL RULE OF CRIMINAL PROCEDURE 4.1, ON AUGUST 16, 2021.

HON. KAREN S. CRAWFORD
United States Magistrate Judge

CONTINUATION OF COMPLAINT:
Luis Genaro BRAVO-Gomez

## AMENDED PROBABLE CAUSE STATEMENT

I declare under the penalty of perjury that the following statement is true and correct:

On August 14, 2021, Border Patrol Agent C. Hardesty was conducting assigned duties in the Chula Vista Border Patrol Station's Area of Responsibility. At approximately 6:00 PM, Agent Hardesty was notified by a Remote Video Surveillance System Operator, of one individual walking north in an area known to Border Patrol agents as "End of Fence."
Agent Hardesty responded to the area and encountered one individual walking westbound. This area is located approximately four miles east of the Otay Mesa, California Port of Entry, and approximately fifty yards north of the United States/Mexico International Boundary.
Agent Hardesty identified himself as Border Patrol Agent, but the individual ignored him and continued walking. Agent Hardesty gave the individual, later identified as defendant Luis Genaro BRAVO-Gomez, the command to stop several times, but BRAVO continued to ignore him. Agent Hardesty grabbed BRAVO's arm, lowered him to the ground, and handcuffed him. Agent Hardesty then proceeded to conduct an immigration inspection, but BRAVO did not respond to any of his questions. At 6:10 PM, Agent Hardesty informed BRAVO that he was being detained until his citizenship could be determined. BRAVO was transported to the Chula Vista Border Patrol Station to acquire biometric information.

At the Chula Vista Border Patrol station, BRAVO was questioned again by Supervisory Border Patrol Agent W. Moore. BRAVO continued to refuse answering any questions. Agent Moore informed BRAVO that his fingerprints were going to be taken. BRAVO then stated that he wanted a lawyer and began yelling for his Miranda rights to be read to him. Agent Moore instructed BRAVO to move in a direction away from him for officer safety, and BRAVO stated "no." Agent Moore attempted to grab BRAVO's hand and BRAVO pulled away and clenched his fist. Another Agent attempted to help detain BRAVO, but BRAVO pulled away and went on the ground. BRAVO started kicking and struck Agent Moore several times in the chin, knee, thigh, and stomach. Agents were able to restrain BRAVO, and handcuff him. At approximately 6:55 PM, Agent Moore placed BRAVO under arrest.

At the station, it was determined that BRAVO is a citizen of Mexico without immigration documents allowing him to enter or remain in the United States legally.

**CONTINUATION OF COMPLAINT:**
Luis Genaro BRAVO-Gomez

## PROBABLE CAUSE STATEMENT

I declare under the penalty of perjury that the following statement is true and correct:

On August 14, 2021, Border Patrol Agent C. Hardesty was conducting assigned duties in the Chula Vista Border Patrol Station's Area of Responsibility. At approximately 6:00 PM, Agent Hardesty was notified by a Remote Video Surveillance System Operator, via service radio, of one individual walking north in an area known to Border Patrol agents as "End of Fence." Agent Hardesty responded to the area and encountered one individual walking westbound. This area is located approximately four miles east of the Otay Mesa, California Port of Entry, and approximately fifty yards north of the United States/Mexico International Boundary.
Agent Hardesty identified himself as Border Patrol agent in both the English and Spanish language. The individual, later identified as the defendant, Luis Genaro BRAVO-Gomez, ignored Agent Hardesty and continued walking westbound. Agent Hardesty gave BRAVO the command to stop several times, but BRAVO continued to ignore Agent Hardesty. Agent Bravo physically grabbed BRAVO's arm, lowered him to the ground, and handcuffed him. Agent Hardesty then proceeded to conduct an immigration inspection. BRAVO stared at Agent Hardesty but did not respond to any of his questions. At 6:10 PM, Agent Hardesty informed BRAVO that he was being detained until his citizenship could be determined. BRAVO was transported to the Chula Vista Border Patrol Station for biographical and biometric information.

CONTINUATION OF COMPLAINT:
Luis Genaro BRAVO-Gomez

At the Chula Vista Border Patrol station, BRAVO was questioned again by Supervisory Border Patrol Agent W. Moore. BRAVO continued to refuse answering any questions. Agent Moore informed BRAVO that his fingerprints were going to be taken. BRAVO then stated in the English language that he wanted a lawyer. Agent Moore then began to ask BRAVO questions in the English language, but BRAVO started shaking his head and yelling for his Miranda rights to be read to him. Agent Moore instructed BRAVO to move in a direction away from him for an officer safety reason, and BRAVO stated "no." Agent Moore attempted to grab BRAVO's hand and BRAVO pulled away and clenched his fist. Another Agent attempted to help detain BRAVO, but BRAVO pulled away and went on the ground. While BRAVO was on the ground, Agent Moore attempted to take BRAVOS fingerprints, but BRAVO continued to be uncooperative. BRAVO started kicking and struck Agent Moore several times in the chin, knee, thigh, and stomach. Agents were able to restrain BRAVO, flip him on his stomach, and handcuff him. At approximately 6:55 PM, Agent Moore placed BRAVO under arrest for assault.

**Executed on August 15, 2021 at 10:00 AM.**

Jon D. Bowen
Border Patrol Agent

On the basis of the facts presented in the probable cause statement consisting of two pages, I find probable cause to believe that the defendant named in this probable cause statement committed the offense on August 14, 2021, in violation of 18 USC 111.

HON. KAREN S. CRAWFORD
United States Magistrate Judge

__11:12 AM, Aug 15, 2021__
Date/Time